```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01384
   RICHARD D PANFIL
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6891

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/26/2007 and was confirmed 04/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 08/13/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
  COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00              .00            .00
  COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         .00              .00            .00
  AMERICAN EXPRESS CENTURI UNSECURED          507.14              .00            .00
  CAPITAL ONE BANK         UNSECURED         2490.87              .00            .00
  SBC ILLINOIS             UNSECURED        NOT FILED             .00            .00
  PORTFOLIO RECOVERY ASSOC UNSECURED         1203.76              .00            .00
  HSBC/CARSONS             UNSECURED        NOT FILED             .00            .00
  SAGE TELECOM INC         UNSECURED        NOT FILED             .00            .00
  OAKBROOK BANK            UNSECURED         3749.27              .00            .00
  VISA CREDIT CARD SERVICE UNSECURED        NOT FILED             .00            .00
  WELLS FARGO FINANCIAL    UNSECURED        NOT FILED             .00            .00
  WFNNB/ HARLEM FURNITURE  UNSECURED        NOT FILED             .00            .00
  ASSET ACCEPTANCE LLC     UNSECURED           98.94              .00            .00
  CLOMMEL CONDOMINIUM ASSO MORTGAGE ARRE    1117.54               .00            .00
  JEFFERSON CAPITAL SYSTEM UNSECURED        10848.72              .00            .00
  ILLINOIS DEPT OF REVENUE UNSECURED         1231.00              .00            .00
  WORLD FINANCIAL NETWORK  UNSECURED         4048.34              .00            .00
  LEGAL HELPERS PC         DEBTOR ATTY       2,774.00                         379.89
  TOM VAUGHN               TRUSTEE                                             25.11
  DEBTOR REFUND            REFUND                                           1,000.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE              1,405.00

  PRIORITY                                          .00
  SECURED                                           .00
  UNSECURED                                         .00
  ADMINISTRATIVE                                 379.89
  TRUSTEE COMPENSATION                            25.11

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01384 RICHARD D PANFIL
```

```
DEBTOR REFUND                                                  1,000.00
                                        ---------------    ---------------
TOTALS                                         1,405.00           1,405.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/03/07                                        /s/ Tom Vaughn
                                                                                                       _____
                                                                                                       TOM VAUGHN
                                                                                                        CHAPTER 13 TRUSTEE